■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ARROYO, Appellant. [981 NYS2d 519]—Judgment of resentence, Supreme Court, New York County (Richard D. Carruthers, J.), rendered June 15, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 20 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Saxe, J.P., Moskowitz, DeGrasse, Feinman and Clark, JJ.